UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMELINDA CRABBE,

                Plaintiff,

-against-

GOTHAM MINI STORAGE; NYC POLICE;
CITY AND STATE OF NEW YORK,

                Defendants.

22-CV-5461 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 18, 2019, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Crabbe v. Manhattan Mini Storage*, ECF 1:19-CV-0013, 6 (S.D.N.Y. Oct. 18, 2019). Plaintiff files this new *pro se* case, seeks IFP status, but has not sought leave from the Court to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 18, 2019 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 29, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                        Chief United States District Judge