UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELINDA CRABBE,<br><br>                              Plaintiff,<br><br>-against-<br><br>GOTHAM MINI STORAGE; NYC POLICE; CITY AND STATE OF NEW YORK,<br><br>                              Defendants. | 22-CV-5461 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 29, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the October 18, 2019, order in *Crabbe v. Manhattan Mini Storage*, ECF 1:19-CV-0013, 6 (S.D.N.Y. Oct. 18, 2019), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 29, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge